# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:15-CR-00174 |
| | : (JUDGE MARIANI) |
| AARON BANGAROO, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 15TH DAY OF AUGUST, 2017,** upon consideration of the Pre-Trial Motions of Defendant Aaron Bangaroo (Doc. 23), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The Motion that the Prosecution be Required to Reveal Material that Would in its Nature be Exculpatory of Guilt and/or Mitigating of Punishment and that the Duty to Reveal Such Material be a Continuing one Throughout the Case is **DENIED WITHOUT PREJUDICE**.

2. The Motion to Compel the Prosecution to Take Steps to Learn of any Evidence Favorable to the Defendant that is Known to Other Persons Acting for the Government Team, e.g. the Police is **DENIED WITHOUT PREJUDICE**.

3. Motion to Require the Government to Reveal any Agreement Between any Agent or Agency of the Government and any Government Witness is **DENIED WITHOUT PREJUDICE**.

4. The Motion to Disclose the Identity of the Government's Informants is **DENIED**.

5. The Motion to Require the Government to Produce the Government's Informant for Trial is **DENIED**.

6. The Motion to Disclose the Present Whereabouts of the Government's Informants for Purposes of a Defense Subpoena is **DENIED**.

7. The Due Process Motion for Investigative Funds to Assist the Indigent Defendant and Defense Counsel in Preparing and Presenting the Defense is **DENIED WITHOUT PREJUDICE**.

8. The Motion to Suppress Illegally Obtained Statement/Confession and for Hearing is **DENIED**.

9. The Motion to Suppress Confession of Co-Defendant is **DENIED WITHOUT PREJUDICE**.

10. The Motion to Suppress Evidence Intentionally Seized Pursuant to a Search Warrant Issued Based upon an Affidavit which on its Face Failed to Establish Probable Cause and for Hearing is **DENIED**.

11. The Motion to Compel the Government to Produce Statements of Government Witnesses for Discovery and Inspection Prior to Defense Cross-Examination of Each Such Witness is **DENIED**.

12. The Motion to Prevent Sentence Based in Whole or Part on Evidence of any Conviction that is not Alleged in the Charging Instrument and Proved Beyond a Reasonable Doubt is **DENIED WITHOUT PREJUDICE**.

13. The Motion for Leave to File Additional Motions is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge